[No. 69749-8-I.  Division One.  April 28, 2014.]

BART KLEIN ET AL., *Appellants*, v. MAISIE BIERET
DELGADO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-15386-8, Monica J. Benton, J., entered October 24, 2012. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 69763-3-I.  Division One.  April 28, 2014.]

BERTHA GRIFFITH, *Appellant*, v. EDMONDS SCHOOL
DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-04629-8, Richard T. Okrent, J., entered December 7, 2012. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Grosse, J. Pro Tem.

[No. 69912-1-I.  Division One.  April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CRUZ BLACKSHEAR,
*Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated May 19, 2014. Substitute opinion filed. See 181 Wn. App. 1012.

[No. 69923-7-I.  Division One.  April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAMES BUCKO,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01343-2, George N. Bowden, J., entered January 24, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.